JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONKANI MANUEL BOJORQUEZ, | NO. CV 19-7501-AB (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3/16/2020

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE